**Petition for Writ of Mandamus Denied and Memorandum Opinion filed April 18, 2024.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

---

**NO. 14-23-00469-CV**

---

**IN RE Z.Q., Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 86707**

---

## MEMORANDUM OPINION

On Wednesday, July 5, 2023, relator Z.Q. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Leah Shapiro, presiding judge of the 315th District Court of Harris County (1) to rule on a "motion for a merits ruling on an application for writ of habeas corpus"; and (2)

to rule on a motion for a hearing "in order to fully develop the facts and arguments necessary to make a ruling on the constitutional claims."

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.


PER CURIAM

Panel consists of Justices Wise, Poissant, and Wilson.